AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMOND EDWARDS,

    Plaintiff,

v.

JAY ALSTON and
RYAN S. RAINS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 4:21-165

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 17, 2021, this case is DISMISSED without prejudice, for plaintiff's failure to provide the Court with an updated address and failure to prosecute this action. This civil action stands CLOSED.

08/17/2021
Date

John E. Triplett, Clerk of Court
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/2020